ROGELIO DE LEÓN, demandante y apelado, *v.* DELFINA RIVERA, demandada y apelante.

Núm. 7377.—*Sometido:* Noviembre 16, 1936. *Resuelto:* Noviembre 18, 1936.

618

*R. Ramírez Pabón,* abogado de la apelante; *Silvestre Cruz Disdier,* abogado del apelado.

El Juez Asociado Señor Córdova Dávila, emitió la opinión tribunal.

Delfina Rivera suscribió quince pagarés a favor de Rogelio de León, quien ejercita la presente acción en cobro de un número de esos pagarés que no han sido satisfechos.

En el hecho tercero de la demanda se alega que se acompañan estos pagarés a la referida demanda, y en el hecho cuarto se ratifica esta alegación cuando se dice que dichos pagarés vencidos, y firmados por la demandada a favor del demandante, "se unen a esta demanda y forman parte de la misma."

La demandada, luego de anotada su rebeldía y de dictarse sentencia en su contra, interpuso el presente recurso de apelación. El demandante apelado solicita su desestimación, entre otras razones, por considerarlo frívolo.

La demandada apelante, para demostrar que el aludido recurso no es frívolo, afirma que la corte *a quo* erró al declarar con lugar la demanda y condenar a la apelante a pagar al apelado las cantidades que se expresan en la sentencia, porque dicha demanda no aduce hechos suficientes para determinar una causa de acción, ya que en la misma no se alega que los pagarés a que se refiere hayan sido entregados al apelado, o cuando menos que éste se encuentre en posesión de los mismos.

Sostiene la parte apelante que en el caso de *Schlüter &
Co.* v. *González,* 34 D.P.R. 303, esta corte resolvió que en
el cobro de pagarés es necesario alegar, además de haber
sido suscritos, la entrega de los mismos, o cuando menos la
posesión de ellos por el demandante. En la decisión citada
se dice además que si el demandante hubiese alegado que
era el tenedor de los documentos, la alegación de la entrega
no hubiese sido indispensable porque la ley presupone la
entrega en esos casos, a menos que se pueda destruir tal
presunción.

Es verdad que el demandante no alega de una manera
específica que esté en posesión de los pagarés, pero dice y
repite que une los mismos a la demanda, haciéndolos for-
mar parte de la misma. Esta alegación demuestra clara-
mente que los referidos documentos estaban en su posesión
cuando los acompañó con la demanda y los hizo formar
parte integrante de sus alegaciones.

*El recurso interpuesto es, a nuestro juicio, frívolo, y
debe ser desestimado.*

El Juez Presidente Señor del Toro no intervino.